# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-021-RJC-DCK

| | |
|---|---|
| **ANDRE R. JACKSON, JR.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LOUIS DEJOY,**<br>**Postmaster General,** )<br>)<br>**Defendant.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's letter or "Motion For Service Of Process" (Document No. 11) filed September 16, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

*Pro se* Plaintiff has submitted a letter to the Court, that is construed as a "Motion For Service Of Process." (Document No. 11). In the letter, Plaintiff requests that his Summons be served by the U.S. Marshal. <u>Id.</u> Plaintiff suggests that such service is available and appropriate under Fed.R.Civ.P. 4.1. <u>Id.</u>

The undersigned respectfully reminds Plaintiff that the Court has directed service pursuant to Fed.R.Civ.P. 4(i), not 4.1.[1] (Document No. 7). The Honorable Robert J. Conrad, Jr. specifically stated:

> A plaintiff must serve the United States when he brings an action against an officer or employee of the United States. Fed. R. Civ. P. **4(i)(2)-(3)**. Under Rule **4(i)** of the Federal Rules of Civil Procedure, to serve the United States **a plaintiff must serve the summons and**

---
[1] Fed.R.Civ.P. 4.1 states that is for "[p]rocess – other than a summons under Rule 4."

> **complaint on the United States attorney's office** in the district where the action is brought or by registered or certified mail to the civil-process clerk and the Attorney General of the United States. Fed. R. Civ. P. **4(i)(1)-(2)**.

(Document No. 7, p. 2) (emphasis added). <u>See also</u> (Document No. 10) ("Plaintiff is respectfully advised to review the requirements of Fed.R.Civ.P. 4, including 4(i).").

**IT IS, THEREFORE, ORDERED** that Plaintiff's letter or "Motion For Service Of Process" (Document No. 11) is **DENIED**.

**SO ORDERED**.

Signed: September 19, 2022

David C. Keesler
United States Magistrate Judge