# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-021-RJC-DCK

| | |
|---|---|
| ANDRE R. JACKSON, JR., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LOUIS DEJOY, Postmaster General, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Stay" (Document No. 32) filed March 7, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Defendant seeks to stay the requirement to conduct an Initial Attorney's Conference until after the Court rules on the pending "Motion To Dismiss" (Document No. 30). The undersigned finds good cause to allow the requested relief without further delay.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Stay" (Document No. 32) is **GRANTED**. This matter is **STAYED** except for further briefing on the pending "Motion To Dismiss" (Document No. 30).

**IT IS FURTHER ORDERED** that the parties shall conduct an Initial Attorney's Conference pursuant to Local Rule 16.1 within fourteen (14) days of a final decision on the "Motion To Dismiss" (Document No. 30).

**SO ORDERED**.

Signed: March 8, 2024

David C. Keesler
United States Magistrate Judge