UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CV-00021-MEO-DCK

| | |
|---|---|
| ANDRE R. JACKSON JR.,       )<br>                                         )<br>     Plaintiff,                          )<br>                                         )<br>     v.                                  )<br>                                         )<br>DAVID P. STEINER, in his official        )<br>capacity as POSTMASTER GENERAL,          )<br>                                         )<br>     Defendant.                          )<br>                                         ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion for Summary Judgment filed September 24, 2025. (Doc. No. 53). By order filed December 18, 2025, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Plaintiff was advised of the summary judgment procedure and the possible consequences if he failed to respond adequately within 21 days of the Order. (Doc. No. 55). On January 9, 2026, Plaintiff filed a motion for extension of time to file a response to the summary judgment motion. The Court granted an extension and set the new response deadline for January 23, 2026. Despite the extension, Plaintiff has not filed a response to Defendant's motion or otherwise responded to the Court's Order.

The Court has analyzed the Motion for Summary Judgment and finds that for the reasons set forth in Defendant's Motion for Summary Judgment, Defendant is entitled to a dismissal.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Summary Judgment, (Doc. No. 53), is **GRANTED**, and this matter is **DISMISSED** with prejudice in its entirety.

Signed February 9, 2026

Matthew E. Orso
United States District Judge